IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MICHAEL R. BENHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-2252-JWL-JTR |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Court, having considered the **DEFENDANT'S UNOPPOSED MOTION TO REVERSE AND REMAND AND FOR ENTRY OF FINAL JUDGMENT** (Doc. 9), grants that motion.

IT IS FURTHER ORDERED that the above-captioned case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) to reconsider the Commissioner's decision denying Plaintiff's application for social security benefits. Upon remand, in addition to considering all evidence presented, the Commissioner shall specifically consider the following in determining whether Plaintiff is disabled:

    A.    The ALJ will properly consider the credibility of Plaintiff's subjective complaints consistent with 20 C.F.R. §§ 404.1529(c), 416.929(c), Social Security Ruling 96-7p, and Luna v. Bowen, 834 F.2d 161 (10th Cir. 1987).

    B.    The ALJ will perform the analysis under 20 C.F.R. §§ 404.1520a and 416.920a regarding Plaintiff's mental impairment; and present a complete

       hypothetical question to the vocational expert to support the step five finding.

    C.  The ALJ will also inquire about the consistency of vocational expert testimony and information in the <u>Dictionary of Occupational Titles</u>.

 IT IS FURTHER ORDERED that the Clerk of the Court <u>shall</u> enter judgment in this case in favor of the Plaintiff.

          s/ John W. Lungstrum
          JOHN W. LUNGSTRUM
          United States District Judge

APPROVED AND SUBMITTED BY:

s/ Jean C. Owen
Jean C. Owen
Kansas Sup Ct. #07228
5700 Broadmoor
Suite 310
Mission, Kansas 66202
(913) 262-6555
(913) 262-4006 (Fax)
E-mail: jeano@occudata.com

      Attorney for Plaintiff

ERIC F. MELGREN
United States Attorney


s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 14225
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: chris.allman@usdoj.gov

      Attorneys for Defendant